IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH ARIEL FORMAN                                                                                  PLAINTIFF

v.                                            Civil No.  5:21-cv-05035

DEPUTY DAVID POLACK                                                                              DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable P. K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.  The case is before the Court on a Motion to Dismiss (ECF No. 12) filed by Defendant.

### I.     DISCUSSION

Plaintiff, Joseph Ariel Forman, filed this action pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis* ("IFP").  Plaintiff was incarcerated in the Benton County Detention Center ("BCDC") when he filed his Complaint (ECF No. 1).

The case is before the Court on a Motion to Dismiss (ECF No. 12) filed by the Defendant, who states that he has been unable to effect service of his correspondence on the Plaintiff.  Specifically, Defendant indicates he mailed a copy of his answer and discovery requests to the Plaintiff on April 20, 2021.  Both were returned with a notation that Plaintiff was no longer incarcerated in the BCDC.

When he filed this case, Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any change of address.  If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release.  Additionally,

Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On April 16, 2021, mail was returned to the Court (ECF No. 11) with the notation that Plaintiff was no longer in the BCDC. Plaintiff had 30 days to advise the Court of his new address. The new address was to be provided to the Court by May 17, 2021. To date, Plaintiff has not provided a new address or contacted the Court in anyway. He has not responded to the Motion to Dismiss. In fact, the last documents filed by the Plaintiff in this case were his Complaint (ECF No. 1) and application to proceed IFP (ECF No. 2) filed on February 25, 2021.

## II.     CONCLUSION

For these reasons, it is recommended that Defendant's Motion to Dismiss (ECF No. 12) be **GRANTED and this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of May 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE