UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH ARIEL FORMAN                                                                                   PLAINTIFF

v.                                             No. 5:21-CV-05035

DEPUTY DAVID POLACK                                                                                DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 16) from United States Magistrate Judge Mark E. Ford.  The Magistrate recommends the Court dismiss this case without prejudice for failure to prosecute or respond to the Court.  No objections have been filed and mail has been returned from Plaintiff on multiple occasions.  The report and recommendations is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE